AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Francisco DELCID<br><br>*Defendant(s)* | Case No: 19MJ4081 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of November 12, 2019 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On November 12, 2019, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Honduras without authorization to enter or remain in the United States.  Record checks revealed that the Defendant had been previously deported to Honduras via Atlanta, GA on or about July 16, 2019. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Matthew Simpkins  Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 15, 2019

City and state: Las Cruces, N.M.

Barbara S. Evans, US Magistrate Judge
*Judge's signature*

*Printed name and title*